■ In the Matter of the Estate of GERTRUDE T. HUNGERFORD, Deceased.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

## FOURTH DEPARTMENT, MARCH, 1958

### (March 5, 1958)

■ MARINE TRUST COMPANY OF WESTERN NEW YORK, POWER CITY TRUST OFFICE, as Executor of MAX M. OPPENHEIM, Deceased, Respondent, v. BERNARD D. LEVY, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Niagara Special Term, denying a motion by defendant Levy to dismiss plaintiff's complaint.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.